Wajda Law Group, APC
Nicholas M. Wajda (State Bar No. 259178)
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TESHAWN S. JOHNSON, | Case No. 2:20-cv-02180-JAK-SK |
| Plaintiff, | **CERTFICATE OF SERVICE** |
| v. | Complaint Filed: March 6, 2020 |
| AMERASSIST A/R SOLUTIONS, INC., | |
| Defendant. | |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

TESHAWN S. JOHNSON,

*Plaintiff(s)*

v.

Civil Action No. 2:20-cv-02180 JAK (SKx)

AMERASSIST A/R SOLUTIONS, INC.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERASSIST A/R SOLUTIONS, INC.
1105 Schrock Road, Suite 502
Columbus, Ohio 43229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 6, 2020

*Signature of Clerk or Deputy Clerk*

SERVED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-02180

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amerassist A/R Solutions, Inc.
was received by me on *(date)* 3/20/2020.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cheryl West , who is
designated by law to accept service of process on behalf of *(name of organization)* Amerassist A/R Solutions, Inc. on *(date)* 3/24/2020 at 8:20 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/24/2020

Erika Cremeans
*Server's signature*

Erika M. Cremeans - Process Server
*Printed name and title*

**2862 Johnstown Rd.
Columbus, OH 43219**
*Server's address*

Additional information regarding attempted service, etc:

Served at 692 Hill Rd N
Pickerington, OH 43147